FILED

2009 Jan-14  AM 09:42
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL K. HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  cv-08-s-2280-NE** |
| | ) | |
| **NCO FINANCIAL SYSTEMS, INC.,** | ) | |
| **ET AL.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael K. Henderson, who respectfully requests that pursuant to Fed. R. Civ. P. 41(a)(2) that this Honorable Court permit plaintiff to dismiss defendants, NCO Holdings, Inc., NCO Group Inc., and NCO Portfolio Management, Inc., without prejudice, with each party to bear their own costs and with plaintiff reserving his claims against all other defendants herein. Undersigned counsel hereby certifies that counsel for defendant, NCO Financial Systems, Inc., has no objections to this Motion.

Dated:  January 14, 2009.

Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, Esq.
**HAYS CAULEY, P.C.**
P.O. Box 509
Darlington, SC  29540
Telephone No.:  (843) 393-5200
Facsimile No.:  (843) 393-5202

Email address:  phc917@hayscauley.com

-and-

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER &
EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL  35801
Telephone No.:  (256) 539-9899
Facsimile No.:  (256) 539-9895
Email address:  rsykstus@bondnbotes.com

Counsel for Plaintiff,
Michael K. Henderson

## CERTIFICATE OF SERVICE

I certify that on this 14th day of January, 2009, a copy of the Plaintiff's Motion to

Dismiss Without Prejudice was filed electronically in the ECF system.  Notice of this filing

will be sent to the parties of record by operation of the Court's electronic filing system,

including Defendant's counsel as described below.  Parties may access this filing through the

Court's system.

Laura C. Nettles, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, AL  35223

/s/  Penny  Hays  Cauley
Penny Hays Cauley, Esq.