FILED

2009 Jan-14  PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL K. HENDERSON,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>)  **Civil Action No. 08-S-2280-NE**<br>**NCO FINANCIAL SYSTEMS, INC.,** )<br>***et al.,*** )<br>**Defendants.** )<br>)<br>)<br>) | |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

This action is before the court on plaintiff's motion to dismiss.[1]  Plaintiff requests that the court dismiss defendants NCO Holdings, Inc., NCO Group, Inc., and NCO Portfolio Management, Inc., without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Upon consideration, the motion is GRANTED.  It is ORDERED that all claims against NCO Holdings, Inc., NCO Group, Inc., and NCO Portfolio Management, Inc., are DISMISSED without prejudice.  Each party shall bear their own costs.

DONE this 14th day of January, 2009.

---

[1] *See* doc. no. 30.

_____
United States District Judge