UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL K. HENDERSON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) **Civil Action No. 08-S-2280-NE** |
| **NCO FINANCIAL SYSTEMS, INC.,** *et al.*, | ) |
| **Defendants.** | ) |

## PARTIAL FINAL JUDGMENT

This action is before the court on the "Offer of Judgment" made by defendant NCO Financial Systems, Inc., and accepted by plaintiff, Michael K. Henderson, pursuant to Federal Rule of Civil Procedure 68.[1]  Accordingly, final judgment is entered as follows:  it is CONSIDERED, ORDERED, ADJUDGED, and DECREED that plaintiff, Michael K. Henderson, have and recover of defendant, NCO Financial Systems, Inc., the sum or amount of One Thousand

---

[1] *See* doc. no. 33.  Federal Rule of Civil Procedure 68 provides:

> More than 10 days before the trial begins, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued.  If, within 10 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

Fed. R. Civ. P. 68(a).

Five Hundred and no/100ths Dollars ($1,500.00), together with plaintiff's reasonable attorneys' fees and costs and now accrued.  If counsel for the parties cannot agree on the amount for plaintiff's reasonable attorneys' fees and costs, plaintiff may petition the court for such a determination.

DONE this 25th day March, 2009.

_____
United States District Judge