# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL K. HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: cv-08-s-2280-NE |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL OF
## DEFENDANT SHAWNETTE GREEN WITH PREJUDICE

**COMES NOW,** the Plaintiff, Michael K. Henderson, and the Defendant, Shawnette Green, by and through their attorneys of record, and stipulate that all claims against Defendant, Shawnette Green ("Green") are to be dismissed with prejudice, with each party to bear its own costs. The Parties hereby request that this Court enter an order dismissing Defendant Green in the above-styled proceeding with prejudice.

This the 23rd day of April, 2009.

Respectfully submitted,

*Laura C. Nettles*

Laura C. Nettles (ASB-5805-S63L)
Counsel for Defendants

**OF COUNSEL:**

**Lloyd, Gray & Whitehead, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822 – Telephone
(205) 967-2380 – Facsimile

*Penny Hays Cauley*

Penny Hays Cauley (ASB-6309-A63P)
Attorney for Plaintiff

**OF COUNSEL:**

**HAYES CAULEY, P.C.**
P.O. Box 509
Darlington, SC 29540

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **MICHAEL K. HENDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: cv-08-s-2280-NE |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.,** ) | |
| **ET AL.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court by Joint Stipulation of Dismissal filed by counsel for Plaintiff, **Michael K. Henderson**, and the Defendant, **Shawnette Green**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that all claims against Defendant Shawnette Green in this matter are dismissed with prejudice, with each party to bear its own costs.

DONE this _____ day of _____, 2009.

_____
JUDGE