# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL K. HENDERSON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) Civil Action No. CV-08-S-2280-NE |
| **NCO FINANCIAL SYSTEMS, INC.,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the joint stipulation of dismissal by plaintiff Michael K. Henderson and defendant Shawnette Green, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),[1] it is ORDERED that all claims against defendant Shawnette Green, be, and the same hereby are, DISMISSED with prejudice. Costs are taxed as paid. Because all claims against the other defendants have previously been dismissed, the Clerk is directed to close this file.

DONE this 24th day April, 2009.

*/s/ Lynwood Smith*
United States District Judge

---

[1] *See* doc. no. 37.