FILED
2009 Apr-24  PM 12:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL K. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  cv-08-s-2280-NE |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| ET AL. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT**

Plaintiff Michael K. Henderson hereby acknowledges that the judgment herein has been paid and satisfied in full.

Dated:  April 23, 2009.

Respectfully submitted,

Penny Hays Cauley, Esq.
**HAYS CAULEY, P.C.**
P.O. Box 509
Darlington, SC  29540
Telephone No.:  (843) 393-5200
Facsimile No.:  (843) 393-5202
Email address:  phc917@hayscauley.com
-and-

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER &**
**EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL  35801
Telephone No.:  (256) 539-9899
Facsimile No.:  (256) 539-9895
Email address:  rsykstus@bondnbotes.com

Counsel for Plaintiff,
Michael K. Henderson

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of April, 2009, a copy of the foregoing  Plaintiff's Notice of Satisfaction of Judgment was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Defendant's counsel.

Penny Hays Cauley